1  **KAZEROUNI LAW GROUP, APC**
2  Gor Antonyan, Esq. (SBN: 354718)
   gor@kazlg.com
3  245 Fischer Avenue, Unit D1
   Costa Mesa, CA 92626
4  Telephone: (800) 400-6808
5  Facsimile: (800) 520-5523

6  **KAZEROUNI LAW GROUP, APC**
   David J. McGlothlin (SBN: 253265)
7  david@kazlg.com
8  301 E. Bethany Home Road, Suite C-195
   Phoenix, AZ 85012
9  Telephone: (800) 400-6808
   Facsimile: (800) 520-5523
10

11 *Attorneys for Plaintiff,*
   Brett Nestadt
12

13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**
15

16 | BRETT NESTADT, | **Case No.**: 2:25-cv-09923-MCS-AGR |
17 |                          Plaintiff, |  |
18 |       vs.  | **NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY** |
19 | DEALSTRUCK CAPITAL, LLC, |  |
20 |  |  |
21 |                          Defendant. |  |
22

23
24 //
25 //
26 //
27 //
28 //

- 1 -
NOTICE OF SETTLEMENT IN PRINCIPLE AND REQUEST TO STAY

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff Brett Nestadt and Defendant Dealstruck Capital, LLC (collectively, "Parties") has been resolved as a result of settlement reached between the Parties. The Parties anticipate filing a Joint Stipulation to Dismiss the Defendant with prejudice within ninety (90) days.

Plaintiff respectfully requests that the Court vacate all pending dates and deadlines in this matter.

Dated: January 22, 2026                          Respectfully submitted,

                                                 **KAZEROUNI LAW GROUP, APC**

                                                 By: /s/ *Gor Antonyan*

                                                 GOR ANTONYAN, ESQ.
                                                 ATTORNEY FOR PLAINTIFF